

# NUMBER 13-17-00543-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**CAMERON COUNTY, TEXAS,**                                                 **Appellant,**

**v.**

**PRISCILLA RODRIGUEZ,**                                                 **Appellee.**

---

**On appeal from the County Court at Law No. 4
of Cameron County, Texas.**

---

# MEMORANDUM OPINION

**Before Justices Rodriguez, Longoria, and Hinojosa
Memorandum Opinion by Justice Hinojosa**

This appeal was abated by this Court on December 7, 2017, to allow the parties an opportunity to finalize a settlement agreement. This cause is now before the Court on a joint motion to dismiss the appeal on grounds the parties have reached an agreement to compromise and settle their differences. Accordingly, this case is hereby

REINSTATED.

The Court, having considered the documents on file and the joint motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The joint motion to dismiss appeal is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

LETICIA HINOJOSA
Justice

Delivered and filed the
25th day of January, 2018.